# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **DOCKET NO. 3:20cr308 & 3:08cr189** |
| **V.** | **ORDER** |
| **WILLIE LUMARRIS BAXTER** | |

This **MATTER** is on the Court's own Motion to continue this matter from May 27, 2021 to the next available criminal term of Court.

**IT IS THEREFORE ORDERED** that this sentencing be scheduled for the next available criminal term of court.

The Clerk is directed to certify copies of this order to Defendant, Counsel for Defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

**IT IS SO ORDERED:**

Signed: May 25, 2021

Frank D. Whitney
United States District Judge